UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>    Plaintiff<br><br>v.<br><br>WARDEN WILLIAM GITTERE, et al.,<br><br>    Defendants | Case No.: 3:20-cv-00668-APG-CSD<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 18] |

I ORDER that plaintiff Michael McNeil's motion to extend time **(ECF No. 18) is GRANTED**. McNeil has until November 11, 2022 to file his response to the defendants' motion for summary judgment.

DATED this 20th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE