UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>   Plaintiff<br><br>v.<br><br>WARDEN WILLIAM GITTERE, et al.,<br><br>   Defendants | Case No.: 3:20-cv-00668-APG-CSD<br><br>**Order Denying Motion to Set Trial Date**<br><br>[ECF Nos. 31, 32] |

Plaintiff Michael McNeil moves for an order setting this case for trial. ECF Nos. 31, 32. Before a trial can be set, the parties must comply with Local Rules 16-3 and 16-4 by preparing a proposed Joint Pretrial Order. That has not been done. Thus, the case cannot be set for trial yet.

I THEREFORE ORDER that the motions to set trial date **(ECF Nos. 31, 32) are denied** without prejudice.

DATED this 7th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE