UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCNEIL, | Case No.: 3:20-cv-00668-APG-CSD |
| Plaintiff | **Order** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. *See* ECF Nos. 13 at 5 (scheduling order stating that the proposed joint pretrial order is due 30 days after a decision on dispositive motions); 30 (May 22, 2023 order on dispositive motions).  As I previously advised plaintiff Michael McNeil, I cannot set a trial until the parties comply with Local Rules 16-3 and 16-4 by preparing a proposed Joint Pretrial Order. ECF no. 24.  That still has not been done.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by October 20, 2023.  The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED this 19th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE