**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>    Plaintiff<br><br>v.<br><br>WARDEN WILLIAM GITTERE, et al.,<br><br>    Defendants | Case No.: 3:20-cv-00668-APG-CSD<br><br>**Order**<br><br>[ECF Nos. 36, 37, 38, 40] |

I ORDER that the defendants' motion to stay (ECF No. 40) is GRANTED due to the defendants' pending appeal before the Ninth Circuit.

I FURTHER ORDER that the plaintiffs' motions to appoint counsel and to extend time (ECF Nos. 36, 37, 38) are DENIED without prejudice to renew after the Ninth Circuit resolves the appeal.

DATED this 26th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE