**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MCNEIL, | Case No.: 3:20-cv-00668-APG-CSD |
| Plaintiff | **Order** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Defendants | |

In September 2025, the Ninth Circuit dismissed the defendants' untimely appeal, and the mandate issued in October 2025. ECF Nos. 55, 59.  Every piece of mail sent to plaintiff Michael McNeil since the Ninth Circuit's opinion has been returned in the mail. ECF Nos. 53-54, 56-58, 60-61, 63-64.  Additionally, the parties have not filed a proposed joint pretrial order following the Ninth Circuit's decision.  Preparation of the proposed joint pretrial order is done at "the initiative of a pro se plaintiff or plaintiff's attorney." LR 16-3(b).  It appears the plaintiff has abandoned this case.  The case cannot proceed if the plaintiff does not appear, update his address, and initiate preparation of the proposed joint pretrial order.

I THEREFORE ORDER that by February 13, 2026, the plaintiff must update his address with the court and initiate the preparation of the proposed joint pretrial order with the defendants.

I FURTHER ORDER that if the plaintiff does not update his address and contact the defendants to begin preparation of the proposed joint pretrial order by that date, I will dismiss this action for failure to prosecute.

I FURTHER ORDER that if the plaintiff updates his address and contacts the defendants by February 13, 2026, then the proposed joint pretrial order is due March 13, 2026.

DATED this 14th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE