**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MCNEIL, | Case No.: 3:20-cv-00668-APG-CSD |
| Plaintiff | **Order** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Defendants | |

I cannot set a trial until the parties comply with Local Rules 16-3 and 16-4 by preparing a proposed Joint Pretrial Order.  Now that plaintiff Michael McNeil has updated his address with the court, I direct him to Local Rule 16-3(b), which provides that "**[u]pon the initiative of a pro se plaintiff** or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order" that contains the information outlined in that rule.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by March 13, 2026.  The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED this 11th day of February, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE