**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MCNEIL,<br>Plaintiff<br>v.<br>WARDEN WILLIAM GITTERE, et al.,<br>Defendants | Case No.: 3:20-cv-00668-APG-CSD<br>**Order Granting Motion to Extend Time**<br>[ECF No. 70] |

I previously ordered the parties to file a proposed joint pretrial order by March 13, 2026. ECF No. 68. The defendants moved to extend that deadline to May 12, 2026. ECF No. 70. The defendants filed a status report on April 27, 2026 stating their belief they could finalize a proposed joint pretrial order within 60 days. ECF No. 72. The defendants also indicated they were in negotiations for a potential global resolution. *Id*. at 2. No proposed order has been filed.

I HEREBY GRANT the defendants' motion to extend time to file a joint pretrial order (ECF No. 70). The proposed order is due by **October 23, 2026**. The failure to file it by then may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED this 25th day of September, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE